1 David Alami (State Bar No. 314628)
dalami@jonesday.com
2 JONES DAY
3161 Michelson Drive
3 Suite 800
Irvine, CA 92612.4408
4 Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539
5
Attorneys for Defendant
6 Experian Information Solutions, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN NEUFELD,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPITAL ONE BANK N.A. D/B/A OPENSKY; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION, LLC,<br><br>    Defendants. | Case No. 1:18-cv-01012-LJO-SKO<br><br>Assigned for all purposes to<br>Hon. Lawrence J. O'Neill<br><br>**ORDER GRANTING JOINT STIPULATION TO WITHDRAW PLAINTIFF'S MOTION TO STRIKE DEFENDANT EXPERIAN'S AFFIRMATIVE DEFENSES**<br><br>Complaint Filed: July 25, 2018 |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff's Motion to Strike Experian's Affirmative Defenses is hereby withdrawn and that Experian Information Solutions, Inc. will file an Amended Answer to Plaintiff's Complaint within 14 days of the filing date of this stipulation.

IT IS SO ORDERED.

Dated: **October 1, 2018**        **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES CHIEF DISTRICT JUDGE