# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| BRIAN NEUFELD,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAPITAL BANK N.A. d/b/a OPENSKY, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br>　　　　Defendants. | CASE NO. 1:18-cv-01012-LJO-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR TRANS UNION TO FILE ITS AMENDED ANSWER AND AFFIRMATIVE DEFENSES**<br><br>**(Doc. 21)** |

Pursuant to the parties' "Joint Stipulation to Extend Time for Trans Union to File its Amended Answer and Affirmative Defenses" (Doc. 21) and Fed. R. Civ. P. 15(a)(2), Defendant Trans Union LLC is hereby GRANTED leave to file an Amended Answer to Plaintiff's Complaint and Affirmative Defenses. Such Amended Answer SHALL be filed by no later than October 25, 2018.

IT IS SO ORDERED.

Dated: **October 5, 2018**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**ORDER – 1:18-CV-01012-LJO-SKO**