**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Martin N. Jensen, SBN 232231
Cruz Rocha, SBN 279293
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendant Capital Bank, N.A.

KAZEROUNI LAW GROUP, APC
Matthew M. Loker, SBN 279939
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
TEL: 800-400-6808
FAX: 800-520-5523
Attorneys for Plaintiff Brian Neufeld

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN NEUFELD, | CASE NO. 1:18-cv-01012-LJO-SKO |
| Plaintiff, | |
| v. | **AMENDED JOINT STIPULATION TO ARBITRATE; AMENDED ORDER** |
| CAPITAL BANK, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, | **(Doc. 31)** |
| Defendants. | |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff, BRIAN NEUFELD ("Plaintiff") and Defendant, CAPITAL BANK N.A. ("Capital Bank"), by their respective counsel of record, stipulate and agree as follows:

1
AMENDED JOINT STIPULATION TO ARBITRATE; AMENDED ORDER

1. This action shall be, and hereby is, dismissed *with prejudice* as to Capital Bank only, pursuant to Fed. R. Civ. P. 41(a), with a waiver of costs. This dismissal with prejudice does not preclude Plaintiff from arguing the claims Plaintiff has asserted in this action against Capital Bank in the arbitration identified in this Joint Stipulation to Arbitrate.

2. The claims asserted by Plaintiff against Capital Bank in this action shall be, and hereby are, ordered, in their entirety, to binding arbitration in accordance with paragraph 19(c) of the written "Cardholder Agreement" between Plaintiff and Capital Bank, to which Plaintiff agreed, a copy of which is attached as Exhibit A.

3. The parties agree to abide by the arbitration provisions set forth in paragraph 19 of the Cardholder Agreement.

4. In accordance with the Cardholder Agreement, the parties waive their right to a trial by jury of this action and waive their right to participate in a class action in court or in arbitration.

**IT IS SO STIPULATED.**

DATED: December 11, 2018    KAZEROUNI LAW GROUP, APC

By:   */s/ Matthew M. Loker*
         Matthew M. Loker
         Attorneys for Plaintiffs
         BRIAN NEUFELD

DATED: December 11, 2018    PORTER SCOTT, APC

By:   */s/ Martin N. Jensen*
         Martin N. Jensen
         Attorneys for Defendants
         CAPITAL BANK, N.A.

# ORDER

On December 11, 2018, Plaintiff Brian Neufeld and Defendant Capital Bank, N.A. filed an amended Joint Stipulation to Arbitrate (the "Amended Stipulation") dismissing of Defendant Capital Bank, N.A with prejudice, pursuant to Federal Rule of Civil Procedure 41(a). (Doc. 31.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the Amended Stipulation of dismissal with prejudice was filed under Rule 41(a), this case has automatically terminated as to Defendant Capital Bank, N.A. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of the Court is directed to TERMINATE Defendant Capital Bank, N.A.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendants.

IT IS SO ORDERED.

Dated: **December 12, 2018**              /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE