1  Shahrzad Shariati (State Bar No. 318975)
   sshariati@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612.4408
   Telephone:   +1.949.851.3939
4  Facsimile:   +1.949.553.7539

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRIAN NEUFELD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL BANK N.A. D/B/A OPENSKY; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01012-LJO-SKO<br><br>Hon. Lawrence J. O'Neill<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>(Doc. 44)<br><br>Complaint filed:  July 25, 2018 |

1    Before the Court is the parties' Stipulation to Extend Pre-Trial Deadlines Only (the
2    "Stipulation"). (Doc. 44.)  The Court has reviewed the Stipulation and finds that, while it presents
3    good cause to modify the pretrial deadlines, the Stipulation does not justify an enlargement to the
4    extent proposed by the parties.  Chief District Judge O'Neill ruled on the motion to stay
5    expeditiously (*see* Doc. 44), such that only a short extension of pretrial deadlines is warranted.

6    Accordingly, IT IS HEREBY ORDERED that the Scheduling Order (Doc. 37) in this case
7    is MODIFIED as follows:

| Matter | Date |
| --- | --- |
| Last day to complete non-expert discovery | July 12, 2019 |
| Last day to complete expert disclosures | June 5, 2019 |
| Last day to complete rebuttal expert disclosures | July 3, 2019 |
| Last day to complete expert discovery | July 12, 2019 |
| Last day to file non-dispositive motions | July 31, 2019 |
| Last day to hear non-dispositive motions | August 28, 2019 |
| Last day to file dispositive motions | August 8, 2019 |
| Last day to hear dispositive motions | September 19, 2019 |
| Date of settlement conference | Remains (June 18, 2019) |
| Date of pre-trial conference | November 7, 2019 |
| Date of trial | Remains (December 17, 2019) |

18   IT IS SO ORDERED.

19   Dated:  **May 7, 2019**                               /s/ *Sheila K. Oberto*
20                                                          UNITED STATES MAGISTRATE JUDGE